ACCEPTED
01-15-00407-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 3:02:00 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00407-CV

**IN THE COURT OF APPEALS**
**FOR THE FIRST JUDICIAL DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 3:02:00 PM
CHRISTOPHER A. PRINE
Clerk

**MURPHY DISE**
**APPELLANT**

**VS.**

**EVELINA DISE**
**APPELLE**

On Appeal from the 257TH DISTRICT COURT of
Harris County, Texas, Trial Court Cause No. 1985-50248

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now **MURPHY DISE, Appellant**, and files this motion for an extension of time in which to prepare and file his brief. In support of this motion, Appellant shows the court the following:

**I.**

This is an appeal from a final judgment rendered on or about December 20, 2013 from the trial court. This Court entered an Order for the Appellant to file his brief by August 13, 2015 and Appellant timely files this motion for an extension to file his brief. Appellant's attorney has been unable to file the Appellant's Brief in a timely manner. Appellant's attorney has been in numerous trials and federal hearings and has been out of the state attending to family affairs concerning family health issues. Appellant's attorney still has not gotten a copy of the clerk's record that has been filed in this matter. Appellants' attorney also has been unable to not only procure the record but also to

review said record to shed more light on the possibility concerning Appellant's appeal. Appellant's attorney also has the burden of filing briefs and will not be able to finalize the specific points relied on for the brief on Appellant's behalf. The Appellant requests a new due date of September 28, 2015 which will allow time for all of the requested information for the brief to be completed and, and time for counsel to review the records in order to complete the brief.

**II.**

For just cause, Appellant is seeking a forty-five (45) day extension from this Court for the required brief to be filed. This extension is not sought for the purpose of delay, but that justice be done.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for preparing for the appellant's brief in the appeal of this judgment.

Respectfully submitted,

**L. MICKELE' DANIELS & ASSOCIATES**

By: __/S/ L. Mickele' Daniels_____
L. Mickele' Daniels
State Bar No. 05374900
One Arena Place, Suite 580
7322 Southwest Freeway
Houston, Texas 77074
(713) 995-4681 Telephone
(713) 995-4685 Facsimile
Seminole85@peoplepc.com
**ATTORNEYS FOR APPELLANT**
**MURPHY DISE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been e-filed, facsimiled, hand carried, and/or mailed by certified mail, return receipt requested, to all counsels of record on this 19th day of August, 2015.

__/S/ L. Mickele' Daniels_____
L. Mickele' Daniels

## CERTIFICATE OF CONFERENCE

I certify that:

(A) I attempted to confer with the Appellee through their attorney on Monday, August 17, 2015. We were not able to reach an agreement because the Appellee was unavailable and we were not able to come to a conclusion as to whether they are opposed to the Appellant's Motion for Extension.

Date: August 19, 2015

__/s/ L. Mickele' Daniels_____
L. MICKELE' DANIELS